IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

UNITED STATES OF AMERICA,

v.

DANIEL STEWART GREGG,

        Defendant,

Case No. 1:18-cr-00336-AA
**ORDER AND OPINION**

AIKEN, District Judge:

The Court previously heard oral argument on defendant Daniel Greggs' opposed Motion to Reduce Sentence. Docs. 78, 87. The government now agrees that the motions should be granted pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). As part of this agreement, the parties stipulate that this Court should impose five-year term of supervised release and that defendant should serve an amount of time equal to his remaining in custody sentence in home confinement. Defendant's current projected release date from FCI Sheridan is May 23, 2023.

Page 1 – ORDER AND OPINION

Based on the filings and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons, based on defendant's health conditions in the face of the current pandemic caused by the 2019 novel coronavirus, warrant a reduction of defendant's sentence to time served. *See* U.S.S.G. § 1B1.13 comment. n.1(A). Further, this sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements. Specifically, the Court finds that defendant will not pose a threat to the community under 18 U.S.C. § 3142(g).

Accordingly, defendant's motion for release is GRANTED. Doc. 78. Defendant shall receive a COVID-19 test prior to his release from BOP custody. Defendant shall be released to home confinement after receiving a negative test result. The Court shall amend defendant's judgment to include a five-year term of supervised release, and defendant shall be placed on home confinement for a period of time equal to his remaining in custody sentence.

IT IS SO ORDERED.

Dated this  29th  day of December 2020.

                            /s/Ann Aiken
                               Ann Aiken
                 United States District Judge